IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TOMMY FOSHEE and
PAMELA FOSHEE                                                             PLAINTIFFS

v.                              No. 3:12-cv-325-DPM

LPP MORTGAGE LTD.                                                         DEFENDANT

## ORDER

The stay is lifted. *JPMorgan Chase Bank, N.A. v. Johnson*, ___ F.3d ___, 2013 WL 3388224 (9 July 2013). The Court directs the parties to confer and consider whether the *Johnson* issues can be handled by agreement rather than further briefing. Joint report due by 31 July 2013. No renewed motion on this issue until after the joint report.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2013