IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TOMMY FOSHEE and
PAMELA FOSHEE                                                              PLAINTIFFS

v.                              No. 3:12-cv-325-DPM

LPP MORTGAGE LTD.                                                          DEFENDANT

## JUDGMENT

The parties settled this case, with the Foshees receiving some relief on their mortgage and with all other claims being dismissed with prejudice. № 35. All issues having been resolved, the case is dismissed.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 February 2014